UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Carl Lee Green,

                                                               Civ. No. 13-490 (SRN/LIB)

        Plaintiff,

vs.                                                                   ORDER

Elizabeth Green, and Department of
Human Services,

        Defendants.

* * * * * * * * * * * * * * * * *

      Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

      IT IS HEREBY ORDERED that Plaintiff's Complaint [Docket No. 1] is **DISMISSED without prejudice**, for failure to effect service and for lack of prosecution.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                                     BY THE COURT:

DATED: August 14, 2013                      s/Susan Richard Nelson
St. Paul, Minnesota                          Susan Richard Nelson
                                                                 United States District Judge